IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>   *Defendants*. | No.1:25-cv-907 |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

  Plaintiff Radio Free Asia ("RFA") respectfully moves pursuant to Federal Rule of Civil Procedure 65 for a temporary restraining order. For the reasons presented in the memorandum in support of this motion, the Court should enter an order that would stop Defendants and those they supervise from impounding or otherwise interfering with RFA's congressionally appropriated and mandated funding. The precise contours of the order that RFA seeks are provided in the proposed order attached to this motion.

  Pursuant to Local Rule 65.1(a), counsel for Plaintiff emailed counsel for the Department of Justice in the Federal Programs Branch, the Chief of the Civil Division of the U.S. Attorney's Office in Washington, D.C., and the civil process clerk of that office on March 28, 2025, shortly before filing this motion, to provide them with electronic copies of this motion for a temporary restraining order, the accompanying memorandum, the declarations supporting the motion and associated exhibit, and the proposed order.

1

| | |
|---|---|
| March 28, 2025 | Respectfully submitted, |
| /s/ Kristin Bateman<br>Kristin Bateman*^<br>Jennifer Fountain Connolly (D.C. Bar No. 1019148)*<br>Robin F. Thurston (D.C. Bar No. 1531399)<br>Skye L. Perryman (D.C. Bar No. 984573)<br>Democracy Forward Foundation<br>P.O. Box 34553<br>Washington, D.C. 20043<br>(202) 448-9090<br>kbateman@democracyforward.org<br>jconnolly@democracyforward.org<br>rthurston@democracyforward.org<br>sperryman@democracyforward.org | /s/ Donald B. Verrilli, Jr.<br>Donald B. Verrilli, Jr. (D.C. Bar. No. 420434)<br>Ginger D. Anders (D.C. Bar. No. 494471)<br>Jeremy S. Kreisberg (D.C. Bar No. 1048346)<br>Helen E. White (D.C. Bar No. 1741368)*<br>Esthena L. Barlow (D.C. Bar No. 90000252)*<br>MUNGER, TOLLES & OLSON LLP<br>601 Massachusetts Avenue, NW, Suite 500E<br>Washington, D.C. 20001<br>(202) 220-1100<br>Donald.Verilli@mto.com<br>Ginger.Anders@mto.com<br>Jeremy.Kreisberg@mto.com<br>Helen.White@mto.com<br>Esthena.Barlow@mto.com<br><br>Hailyn J. Chen**<br>Adeel Mohammadi**<br>MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071<br>(213) 683-9100<br>Hailyn.Chen@mto.com<br>Adeel.Mohammadi@mto.com<br><br>Gabriel M. Bronshteyn**<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission Street, Twenty-Seventh Floor<br>San Francisco, California 94105<br>(415) 512-4000<br>Gabriel.Bronshteyn@mto.com<br><br>*Admission pending<br>***Pro hac vice* application forthcoming<br>^Admitted only in California; practice supervised by members of the D.C. Bar<br><br>*Attorneys for Radio Free Asia* |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2025, I filed the foregoing document with the Clerk of Court for the United States District Court for the District of Columbia using the court's CM/ECF filing.

I further certify that a copy of the foregoing will be deposited with the United States Postal Service, for delivery to the below Defendants and to the Department of Justice by Certified Mail:

| | |
|---|---|
| United States Department of Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 | Scott Bessent<br>Secretary<br>United States Department of the Treasury<br>1500 Pennsylvania Avenue, NW<br>Washington, D.C. 20220 |
| United States Office of Management and Budget<br>725 17th Street, NW<br>Washington, D.C. 20503 | Russell Vought<br>Director<br>United States Office of Management and Budget<br>725 17th Street, NW<br>Washington, D.C. 20503 |
| Edward R. Martin Jr.<br>United States Attorney for the District of Columbia<br>Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington, D.C. 20530 | Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530 |
| United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue, SW<br>Washington, D.C. 20237 | Kari Lake<br>Senior Advisor to the Acting CEO<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue, SW<br>Washington, D.C. 20237 |
| | Victor Morales<br>Acting CEO<br>United States Agency for Global Media<br>Wilbur J. Cohen Federal Building<br>330 Independence Avenue, SW<br>Washington, D.C. 20237 |

/s/ Donald B. Verrilli, Jr.
Donald B. Verrilli, Jr.
**MUNGER, TOLLES & OLSON LLP**
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
Telephone: (202) 220-1100
donald.verrilli@mto.com

*Attorney for Radio Free Asia*