# Declaration of Kevin W. Fleming

1.  I am the Chief Operating Officer (COO) of Radio Free Asia (RFA). I make the statements in this declaration based on my personal knowledge and information gained in the performance of my duties as COO.

2.  RFA is a private, not-for-profit organization incorporated in the District of Columbia with tax-exempt status under Section 501(c)(3) of the Internal Revenue Code. RFA's registered address and corporate headquarters is 2025 M Street NW in Washington, D.C.

## A.  RFA Background

3.  RFA is a self-governing, independent, nonpartisan, not-for-profit news organization. Over the course of its nearly 30 years of existence, RFA has developed into one of the most comprehensive news operations in the world, broadcasting in ten languages, with staff across 34 countries in Asia and reaching more than 60 million people each week. Since its inception in 1994, RFA has been funded by the U.S. government through federal grants from the United States Agency for Global Media (USAGM) and its predecessor.

4.  After Congress enacted the U.S. International Broadcasting Act to fund independent journalism as a means of providing independent, accurate news to counter the harmful propaganda of America's adversaries, Congress recognized that some of the most repressive regimes in the world were found in Asia. In response, Congress created RFA. Congress mandated that RFA's mission would be to "provide accurate and timely information, news, and commentary about events in Asia and elsewhere" and serve as a "forum" to "Asian nations whose people do not fully enjoy freedom of expression." 22 U.S.C. § 6208(b).

5.  Consistent with that mission, RFA promotes democratic values by providing accurate, uncensored news and a forum for open debate in Asian countries where citizens do not enjoy full freedom of expression and where local media is controlled by the state or otherwise not independent. Since its inception, RFA has provided a counterbalance to the Chinese Communist Party (CCP) and other government-controlled media. It has exposed egregious human rights abuses like the Uyghur genocide in Xinjiang, in addition to providing breakthrough coverage of the CCP's cover-up of COVID-19 fatalities, the unfolding crisis in Myanmar since the 2021 coup, and the journeys of North Korean defectors. RFA's work is based on the conviction that the first requirement of democracy is a well-informed citizenry,

1

and its reporting has won prestigious awards and been cited by major media outlets and publications.

6.  For almost three decades, RFA has, without interruption, fulfilled its statutory purpose by providing individuals in countries across Asia, including China, Burma, Cambodia, Laos, Vietnam, and North Korea, access to accurate and timely information, news, and commentary about events in Asia and elsewhere.

7.  It has taken years for RFA to develop the structure, expertise, goodwill, and trust to operate in 10 languages and 34 countries, many of which have governments that are unfriendly to the United States.

8.  Today, RFA has over 400 employees, in addition to hundreds of journalists, stringers (freelance journalists), and contractors, and it has offices overseas in Taipei, Bangkok, Seoul, Istanbul, and Dharamsala.

**B.  RFA's Funding Structure**

9.  Congress formally established funding for RFA in 1994. Since then, Congress has appropriated funding for RFA every year.

10.  One hundred percent of RFA's funding comes from its annual congressional appropriation. Without its congressionally appropriated funding, RFA cannot continue to operate and will be forced to shut down permanently.

11.  Every year, RFA enters into a grant agreement with USAGM; the agreements award funds on an ongoing basis as they are appropriated, whether by annual appropriations acts or continuing resolutions.

12.  In addition,, during years when Congress has made a full-year appropriation, USAGM requests, and RFA provides, an annual program plan that describes RFA's plans for the coming fiscal year along with a corresponding monthly cost breakdown. Typically, during the last week of a month, USAGM requests a monthly plan from RFA for the upcoming month. On rare occasions, USAGM has requested monthly plans for three months at a time.

13.  Once the congressionally appropriated funds are obligated via a grant agreement, USAGM is responsible for disbursing funds to RFA. RFA generally receives

funds on a month-to-month basis. At the end of a month, RFA makes a letter drawdown request for the upcoming month. In the ordinary course, USAGM acknowledges receipt and causes the funds to be transferred to RFA's bank account by the Department of Treasury. RFA usually receives funding the first week of the new month.

### C. USAGM's Refusal to Provide RFA's Congressionally Appropriated Funding

14. For fiscal year 2024, Congress appropriated $60,830,000 to RFA in the Further Consolidated Appropriations Act of 2024

15. On September 26, 2024, Congress passed a continuing resolution appropriating amounts for fiscal year 2025 from October 1, 2024, to December 20, 2024, at the same funding levels for fiscal year 2024 ($60,830,000). USAGM subsequently executed a grant agreement amendment (FAIN: 1065-25-GO-00001) on October 10, 2024, obligating $11,663,384 for RFA for October and November 2024. RFA received $5,830,182 of those funds on October 14, 2024, and $5,833,202 of those funds on November 13, 2024.

16. On December 21, 2024, Congress passed another continuing resolution appropriating funding for fiscal year 2025 (from December 21, 2024, to March 14, 2025), at the same funding levels as for fiscal year 2024.

17. Before then, in August 2024, USAGM and RFA had begun the usual process for executing a new grant agreement for fiscal year 2025. From August 2024 to January 2025, RFA and USAGM exchanged edits and revisions to the grant agreement. On January 16, 2025, the fiscal year 2025 grant agreement (FAIN: 1065-25-GO-00001) was executed. USAGM obligated $13,451,372 of the appropriated amount to RFA through February 28, 2025. On January 21, 2025, RFA received those funds, representing $5,882,510 for December 2024, $5,785,964 for January 2025, and $1,782,898 for February 2025.

18. At the end of February 2025, RFA tried to ensure that USAGM would grant and disburse the remaining funding that had been appropriated for its use in the Second Continuing Resolution for the period through March 14, 2025. In response, USAGM represented that it would provide funds for the March 1 through 14 period once funds for all of March had been appropriated by Congress, but it still has not done so. USAGM's stated reason for not disbursing those funds was that it typically prefers not to disburse partial-month payments to grantees. On March 13, 2025, USAGM sent RFA an amended grant agreement for the month of March and requested that RFA submit a funding request for March 1 through 31, 2025. The agreement would have awarded RFA an additional

3

$4,631,068, bringing its total for Fiscal Year 2025 to $29,745,824. RFA's president signed the agreement on March 13, 2025.

19. USAGM did not, however, countersign or disburse any money to RFA for the period of March 1 through 31, 2025. After RFA's president signed the amended grant agreement for March 2025, the finance team at USAGM assured RFA staff that Victor Morales, the acting CEO of USAGM, would soon counter-sign the agreement, but he never did so.

20. At the same time on March 13, 2025, RFA requested disbursements for the month of March. RFA submitted the required documentation to USAGM at that time as well. However, USAGM never fulfilled this request, despite confirming receipt of RFA's March 13 request.

21. On March 14, 2025, Congress passed a continuing resolution appropriating funding for RFA for the remainder of fiscal year 2025, from March 15, 2025 to September 30, 2025, at the same levels as fiscal year 2024. As a proportion of the fiscal year 2024 level specified ($60,608,145), the appropriated amount is $35,493,389 for RFA for the period of March through September 2025. USAGM failed to take any steps to provide RFA its funding even after it was appropriated.

22. On March 15, 2025, RFA received a letter from Kari Lake, Senior Advisor to the CEO of USAGM, purporting to terminate RFA's grant agreement because the "award no longer effectuates agency priorities." The letter cited a March 14 Executive Order, which provided that the "non-statutory components and functions of" specified agencies, including USAGM, "shall be eliminated to the maximum extent consistent with applicable law." A true and correct copy of that letter is attached as Exhibit 1 to this Declaration.

23. Lake's March 15 letter advised that RFA could "object to or challenge" the termination decision via an appeal addressed to Lake. RFA submitted such an appeal on March 19, 2025. The letter argued that USAGM's "unilateral termination" of RFA's grant lacked any "basis in law or fact" and violated both federal statutes and the U.S. Constitution. On March 20, a USAGM official informed me that Lake said she would not be responding to that appeal.

24. The letter RFA received on March 15 purported to terminate RFA's grant agreement with USAGM effective immediately. *See* Ex. 1. The total outstanding amount that Congress has appropriated to RFA, but that USAGM has refused to provide is

4

$4,631,068 for the month of March. USAGM's refusal to disburse funds in this manner is without precedent in RFA's history.

25. The letter also instructed RFA that it needed to commence its closeout "responsibilities as set forth in 2 C.F.R. § 200.344-46" immediately. The letter threatened RFA with "appropriate enforcement actions" for failure to comply. RFA estimates that complying with those procedures would cost more than $50 million. That amount consists of (1) breaking numerous commercial leases in seven countries, including RFA's lease at its Washington, D.C. headquarters ($17,824,479.49); (2) terminating RFA's contracts with vendors around the world ($800,000) (3) terminating and paying severance for hundreds of employees, stringers, and contractors across 34 countries, including (a) RFA's union employees who are covered by a collective bargaining agreement, (b) RFA's staff in foreign countries, (c) RFA's contractors, and (d) RFA's non-union employees ($32,515,933); and (3) emergency relocation services for the 33 employees currently working on H1B visas ($218,300). Because USAGM is currently withholding RFA's congressionally appropriated funding and will not release RFA from its closeout obligations while the merits of RFA's injunction are resolved, there is no way for RFA to accomplish this.

### D. Without Appropriated Funds, RFA Will Be Forced out of Existence

26. Due to the lack of funding for March, RFA has furloughed over 200 employees, or 75% of its U.S.-based staff, has stopped accepting work from stringers around the world because of any inability to compensate them, and has terminated or suspended 93% of independent contractor agreements for domestic and international freelance journalists. While RFA has some savings to pay its employees' health insurance through April, absent any additional funding, RFA will have no choice but to close the vast majority of its operations at the end of that month. This process will involve terminating all RFA's contracts with freelance journalists, terminating its leases and contracts, and laying off staff. Without its congressionally appropriated funds, RFA will be forced to stop the vast majority of its journalistic work and may ultimately cease to exist as an organization.

### E. The Impact of USAGM's Refusal to Provide Appropriated Funds

27. USAGM's refusal to provide appropriated funds has had and will continue to have several immediate impacts.

28. First and most fundamentally, failing to provide RFA with its congressionally appropriated funding has interfered with RFA's mission by requiring it to cease essentially all

broadcasting and news operations. RFA reaches 60 million people every week. Stopping news coverage in countries where there are few, if any, alternative news sources apart from state-controlled or state-influenced media means that millions of people will be cut off from access to free and independent media coverage of critical events. This will irrevocably harm RFA's reputation, trust, and credibility with the many people who rely on RFA for news.

29. Second, RFA's loss of funding will have a devastating impact on its reporters around the world. RFA collaborates with freelance journalists who report from some of the countries most hostile to independent reporting in the world such as China and North Korea. Recruiting freelance journalists in these countries is extremely challenging due to the personal and professional risks involved. RFA has spent decades developing relationships with local freelance journalists, whose language skills and cultural knowledge are essential to RFA's work. Terminating these relationships will undermine RFA's reputation as a reliable partner and in some cases may prevent RFA from being able to reestablish relationships with those journalists and their sources again.

30. Many of RFA's journalists and staff are unable to safely work from their home countries so they are working on visas outside of them, including in the United States on non-immigrant, employment-based visas. RFA's loss of funding means that these journalists could lose their employment status, putting them at imminent risk of losing their work visas. Because many of our employees' home countries are hostile to the United States and a free and open press, if deported some would face immediate arrest or imprisonment upon arrival.

31. If RFA is forced to shutter its operations, many of its journalists will be placed in harm's way. Already many RFA journalists have faced threats to their personal security arising from their reporting. RFA journalists and their family members are constantly targeted by the regimes that they cover, and have been subject to arrest, torture, imprisonment and ill treatment in prison, abduction, denial of legal representation, physical surveillance, online harassment, and publication of their personal information online (doxxing). RFA helps protect its journalists from these dangers by advising on physical and digital safety, providing safety equipment, conducting risk assessments prior to news assignments, conducting safety trainings, helping detained journalists secure legal representation, and assisting staff with relocation, including bringing them to safety in the United States. If RFA's congressionally appropriated funding is not restored, it will not be able to provide such assistance to its journalists, and the security of those journalists and their families will be endangered. RFA has reporters working in countries like Cambodia and China where, absent RFA's resources, they will likely face prosecution and imprisonment. In addition, RFA has journalists in Vietnam, Cambodia, Myanmar, and the

Philippines who are already incarcerated. RFA has worked to connect these journalists with legal representation when able. Those services will effectively cease if RFA is shut down.

32. As a result of USAGM's withholding of congressionally appropriated funds, RFA journalists across the world are faced with terrifying uncertainty about their status. They are experiencing high levels of stress and anxiety about what will happen to them and to their families if their employment ends.

33. Third, RFA's loss of funding will impose unrecoverable financial losses on the organization. RFA is responsible for leases in eight different countries and has other financial obligations around the world. RFA will be forced to default on these obligations without congressionally appropriated funds. RFA has payments due on its lease for its Washington, D.C. headquarters that it will not be able to pay next month without having to furlough the remaining 25% of its U.S.-based staff.

34. Fourth, terminating RFA's operations and laying off its entire staff, even temporarily, will damage RFA's reputation as an employer and reliable partner in difficult-to-reach countries. RFA has devoted significant resources and decades of work to building up its staff and language capabilities, as well as its reputation and brand. For example, since its inception RFA has worked to build networks and connect with audiences in Tibet and Xinjiang, an autonomous region in northwestern China where 12 million mostly Muslim Uyghurs live. These networks have been difficult to develop due to how closed these regions are and how few people speak the relevant languages. Due to the dangerous environments in which these networks operate, reestablishing them will be challenging—if not impossible.

35. More broadly, RFA exists to provide independent news coverage that is outside of the control of the governments in which RFA operates. Ceasing news coverage, even temporarily, will allow the state-controlled or state-influenced media in these countries to fill the gap with coverage that is distorted to favor the narratives favored by the local governments. This could have an immeasurable impact on reducing democratic access to information and setting back the work of independent journalism in these countries. For example, just today, a devastating earthquake struck central Myanmar, which is governed by a military junta that has repeatedly taken steps to limit the dissemination of information and forums for dissent, including by cutting off access to the internet and social media services. The unfolding crisis there reaffirms the urgent need for RFA's reliable journalism in countries with limited or no freedom of speech and the press.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 28 day of March, 2025.

_____
Kevin W. Fleming
Chief Operating Officer
Radio Free Asia

# Exhibit 1



U.S. AGENCY FOR
GLOBAL MEDIA

330 Independence Ave SW, Washington, D.C. 20237

**NOTICE OF GRANT TERMINATION**

March 15, 2025

Dear Radio Free Asia (Bay Fang | FangB@RFA.org),

This letter provides notice that the U.S. Agency for Global Media (USAGM) is terminating your federal grant, FAIN: 1065-25-GO-00001 and any other grants with USAGM, effective March 15, 2025. *See* 2 C.F.R. § 200.341.

The award no longer effectuates agency priorities. Therefore, pursuant to 2 C.F.R. § 200.340, Article VIII(a) in your grant award, and the President's March 14, 2025 executive order mandating that the USAGM eliminate all non-statutorily required activities and functions, the USAGM hereby terminates grant FAIN: 1065-25-GO-00001 and any other grants with USAGM in its entirety effective March 15, 2025. *See Continuing the Reduction of the Federal Bureaucracy*, E.O. (March 14, 2025).

If you wish to object to or challenge this termination decision, you must do so either via email or certified mail within 30 days of the date of this termination notice. Your appeal should contain the following:

1. a copy of the written notice of termination;
2. the date you received the written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of disallowed costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342. Appeals should be addressed to the undersigned.

You are encouraged to carefully review and discharge your closeout responsibilities as set forth in 2 C.F.R. § 200.344-46, your award instrument, and the USAGM's Terms and Conditions of the Award Agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the USAGM filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking other appropriate enforcement actions, which could impact your eligibility for future grants. *See id.* § 200.344(i). Finally, you are reminded of your duties regarding retention of grant records for at least three years after the submission of your final financial report. *See* 2 C.F.R. § 200.334.

Thank you,

*Kari Lake*

Kari Lake
Senior Advisor to the Acting CEO with Authorities Delegated by Acting CEO

1

klake@usagm.gov
330 Independence Ave SW, Washington, D.C. 20237