```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA


RADIO FREE ASIA,                )
                                )
        Plaintiff,              )
                                )
     vs.                        ) CASE NO. 1:25-cv-00907-RCL
                                )
UNITED STATES OF AMERICA, et    )
al.,                            )
                                )
        Defendants.             )
_____ )
                                )
MIDDLE EAST BROADCASTING        )
NETWORKS, INC.,                 )
                                )
        Plaintiff,              )
                                )
     vs.                        ) CASE NO. 1:25-cv-00966-RCL
                                )
UNITED STATES OF AMERICA, et    )
al.,                            )
                                )
        Defendants.             )
_____ )
```

              TRANSCRIPT OF STATUS CONFERENCE
    **BEFORE THE HONORABLE ROYCE C. LAMBERTH, DISTRICT JUDGE**
                       April 17, 2025
                   3:44 p.m. - 4:00 p.m.

**FOR THE PLAINTIFFS:**
    Munger, Tolles & Olson, LLP
    BY:  GINGER DAWN ANDERS and JEREMY KREISBERG
    601 Massachusetts Avenue, NW, Suite 500e
    Washington, DC 20001

**FOR THE DEFENDANTS:**
    DOJ-USAO
    BY:  ABIGAIL STOUT
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

                       **SONJA L. REEVES**
                **Registered Diplomate Reporter**
                 **Certified Realtime Reporter**
        Transcript Produced from the Stenographic Record

1            (Call to Order of the Court at 3:44 p.m.)
2            DEPUTY CLERK:  We're on the record in Civil Action
3    25-907, *Radio Free Asia versus United States of America, et al.*
4            Starting with plaintiff's counsel, please approach the
5    podium and state your appearance for the record.
6            MS. ANDERS:  Ginger Anders representing both Middle
7    East Broadcast Network and Radio Free Asia.  With Your Honor's
8    indulgence, I'll address both cases together.  And I'm joined
9    by my colleague Jeremy Kreisberg.
10           THE COURT:  She'll call both cases.
11           DEPUTY CLERK:  We're also on the record in Civil
12   Action 25-966, *Middle East Broadcasting Networks, Inc. versus
13   United States of America, et al.*
14           THE COURT:  Ms. Stout, in both cases?
15           MS. STOUT:  Yes, Your Honor, both cases for
16   defendants.
17           THE COURT:  Let me let the plaintiffs go first then.
18   Ms. Anders?
19           MS. ANDERS:  Thank you.  If I could, just a
20   housekeeping matter, if I could hand you up two declarations we
21   filed this morning.  These are just supplemental declarations
22   with updated financial information.  The headline point from
23   that is that both RFA and MBN will cease to exist if their
24   funding is not restored, and, also, there has been a long
25   history of renegotiating annual grant agreements each year and

1  those negotiations take months generally, and during the
2  process of those negotiations, USAGM has always, in the normal
3  course, disbursed the monthly funding so that the broadcasters
4  could continue to exist and operate during those negotiations.
5          THE COURT:  Okay.
6          MS. ANDERS:  The current status is that RFA and MBN
7  also have not received their April funding.  The last funding
8  that they received was March.  And as with RFE, they would have
9  received their April funding usually around the end of March,
10 beginning of April, and that is despite the TRO.
11         THE COURT:  Okay.  Now, both of your clients have
12 previously signed agreements as opposed to Radio Free Europe?
13         MS. ANDERS:  Our existing annual --
14         THE COURT:  The annual agreements?
15         MS. ANDERS:  -- that are in place and have been in
16 place for a couple months.
17         THE COURT:  So they are in a different posture.  In
18 terms of your posture though, you have been operating under the
19 injunction that the New York court entered in terms of -- well,
20 maybe I'm wrong.
21         Tell me how you got the March payment, you already had
22 before the injunction in New York?
23         MS. ANDERS:  For one of them, they had come in before
24 that injunction.  And then the other one was received
25 subsequent.

1          THE COURT:  One was subsequent?

2          MS. ANDERS:  One was subsequent.  I believe the
3  government told us that it understood the TRO to apply to both
4  of my clients, but, despite that, several weeks after, we have
5  been asking for April funding, despite the fact that there is
6  no impediment to disbursement of the April funding, all the I's
7  are dotted and T's are crossed, we have not received that
8  funding.

9          THE COURT:  The April funding?

10         MS. ANDERS:  The April funding.

11         THE COURT:  But it's not the end of April.  When would
12 you normally get the additional April funding?

13         MS. ANDERS:  We would have gotten it weeks ago at the
14 beginning of April.  It's not really possibly for these
15 broadcasters to function and operate in this sort of
16 uncertainty where they might get some funding for one month at
17 some point.  They need a steady stream in order to maintain
18 these contracts.  MBN last weekend laid off over 500 employees,
19 and is facing ceasing to exist within weeks.

20         THE COURT:  Let me hear from Ms. Stout.

21         MS. STOUT:  Your Honor, my understanding is also that
22 the March funds have been disbursed and accounted for.  I
23 haven't had a chance to confer with counsel for plaintiffs in
24 RFA and MBN on this, but my understanding is that grant
25 agreements were sent over on April 11th to both entities in

```
 1   order to be signed and to go forward with --
 2             THE COURT:  To be disbursed?
 3             MS. STOUT:  Yes, so the grant agreements would
 4   facilitate that process.
 5             THE COURT:  And that was to comply with the New York
 6   injunction, the New York TRO?
 7             MS. STOUT:  Yes, Your Honor.  We understand the New
 8   York TRO to enjoin USAGM from facilitating or taking steps to
 9   terminate the grant, any grantees.
10             THE COURT:  All right.  Okay.  Give me a moment.  You
11   can be seated.
12        (Pause)
13             THE COURT:  I'll take a short recess.
14        (Recessed from 3:52 p.m. to 4:00 p.m.)
15             THE COURT:  I don't have any other public statement to
16   make at this time.  I do expect I'll issue some kind of an
17   order that will give you some guidance tomorrow.  Thank you
18   very much, Counsel.
19        (Proceedings concluded at 4:00 p.m.)
20
21
22
23
24
25
```

CERTIFICATE

I, Sonja L. Reeves, Federal Official Court Reporter in and for the United States District Court of the District of Columbia, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 18th day of April, 2025.


/s/ Sonja L. Reeves
SONJA L. REEVES, RDR-CRR
FEDERAL OFFICIAL COURT REPORTER