IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, *et al*.,<br><br>　　　　　Defendants.<br><br>MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES, *et al*.,<br><br>　　　　　Defendants. | No. 25-cv-00907-RCL<br><br><br><br><br><br>No. 25-cv-00966-RCL |

**DEFENDANTS' STATUS REPORT**

The Defendants respectfully submit this status report pursuant to the Court's April 25, 2025, Order requiring Defendants "to restore the FY 2025 grants with USA GM Networks Radio Free Asia and Middle East Broadcasting Networks, Inc. such that international USAGM outlets can 'provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive,' 22 U.S.C. § 6202(a)," Order, ECF No. 25 at 2. The April 25, 2025, Order requires Defendants to report on their compliance with the Court's Order on the first day of each month. *See id.*

With respect to Radio Free Asia (RFA), USAGM has completed all internal processes

- 1 -

necessary to send a payment disbursement request to the Department of the Treasury.  *See* Decl. of Roman Napoli*, Widakuswara v. Lake*, 25-cv-1015, ECF No. 102, ¶¶ 5–7 (describing processes that must be completed at USAGM and Treasury for disbursement to occur).  That request has been submitted to the Department of Treasury for final review.  The attached screenshots reflect USAGM's successful transmission of a request for payment to RFA to the Department of the Treasury's inbound folder for payments.  Upon Treasury approval, USAGM will submit the payment into the Department of Treasury's Secure Payment System for final disbursement.  Absent a stay of this Court's order by the U.S. Court of Appeals for the D.C. Circuit, Defendants anticipate that the funds will be disbursed by the Treasury to RFA on May 2, 2025.

      With respect to the disbursement to Middle East Broadcasting Networks, Inc. (MBN), USAGM attempted to complete the same process but encountered a technical issue that caused the request for payment to be rejected by Treasury.  Specifically, as shown in the attached screenshot, MBN's System for Award Management (SAMS) Identification number expires today, and such a number is a technical requirement necessary for Treasury to accept a payment request.  USAGM OCFO staff notified MBN via email of this issue yesterday morning, spoke with MBN's leadership yesterday, and has also followed up by email today regarding the need to update MBN's SAMS Identification number.  Undersigned counsel also notified MBN's counsel of this issue today.  USAGM stands ready to resubmit the payment request to Treasury once MBN's SAMS number is renewed.  Absent a stay of this Court's order by the U.S. Court of Appeals for the D.C. Circuit, USAGM will resubmit the payment request as quickly as practicable once this technical issue is addressed.

Dated: May 1, 2025                                Respectfully submitted,

                                                   YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

```
1217859000 0RFE/RL INC                      1250 CONNECTICUT AVE NW STE 450
    RMR*IV*RFE-25-008*PI*12178590.00\
        51420252025 0206000DISGF   12178590000
0553348900 0RADIO FREE ASIA                 RADIO FREE ASIA              2025 M STREET NW SUITE 300
    RMR*IV*RFA-25-007*PI*5533489.00\
        51420252025 0206000DISGF   05533489000
0040000000 0RADIO FREE ASIA                 RADIO FREE ASIA              2025 M STREET NW SUITE 300
    RMR*IV*RFABN-24-006*PI*400000.00\
```

| Field | Value |
|---|---|
| DODAAC | |
| Agency Location Code | |
| Extract Code | 4 |
| DBA Name | MIDDLE EAST BROADCAST |
| Registration Date | 12/07/2007 |
| Activation Date | 05/07/2024 |
| Last Updated Date | 05/07/2024 |
| Registration Expiration Date | 05/01/2025 |
| Purpose of Registration | All Awards |
| Process Time-Stamp | 05/01/2025 03:28:50 |
| Financial Publish Time-Stamp | 06/07/2008 |
| Procurement Publish Time-Stamp | |
| Travel Publish Time-Stamp | |
| Registration Status | Expired |
| Last Updated by Extract File | SAM_SENSITIVE_DAILY_V3. |
| Record Status | Changed |