IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al*.,<br><br>      Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>      Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al*.,<br><br>      Defendants. | No. 25-cv-00966-RCL |

**DEFENDANTS' STATUS REPORT**

  Defendants respectfully submit this status report pursuant to the Court's April 25, 2025, Order requiring Defendants "to restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks, Inc. such that international USAGM outlets can 'provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive,' 22 U.S.C. § 6202(a)." Order, ECF No. 25 at 2. The April 25, 2025, Order requires Defendants to report on their compliance with the Court's Order on the first day of each month. *See id.*

Defendants disbursed both the April and May funds to Radio Free Asia and Middle East Broadcasting Networks, Inc. and are currently processing the June funds. Documentation showing disbursement of the April and May funds is attached as Exhibit A. The Agency has requested an apportionment for June for the grantees and is awaiting the apportionment of those funds. Upon receipt of these funds, the Agency will begin to process the payments to the grantees, which requires approval of the intent to make payment by the grantees and the Agency, submission to the Department of the Treasury for review and verification, and the final submission of the payment for disbursement. The Agency anticipates the June funds will be disbursed approximately ten business days from the receipt of the apportionment.

Dated: June 2, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ Abigail Stout
ABIGAIL STOUT
(DC Bar No. 90009415)
Counsel
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ Julia A. Heiman

        JULIA A. HEIMAN (D.C. Bar No. 986228)
        Federal Programs Branch
        U.S. Department of Justice, Civil Division
        1100 L Street, N.W.
        Washington, DC  20005
        Tel. (202) 616-8480 / Fax (202) 616-8470
        julia.heiman@usdoj.gov

        *Attorneys for Defendants*

# Exhibit A

| Invoice Number | Vendor Code | Vendor Name | Payment Amount | Log Date | Open/Closed |
|---|---|---|---|---|---|
| MBN-25-009 | TELEM1205 | MIDDLE EAST BROADCASTING | 9,087,653.000000 | 04/25/2025 | Closed |
| MBN-25-010 | TELEM1205 | MIDDLE EAST BROADCASTING | 9,087,653.000000 | 05/16/2025 | Closed |
| RFA-25-008 | ASIAR8145 | RADIO FREE ASIA | 5,500,221.000000 | 05/15/2025 | Closed |
| RFABN-24-006 | ASIAR8145 | RADIO FREE ASIA | 400,000.000000 | 04/25/2025 | Closed |
| RFABN-24-007 | ASIAR8145 | RADIO FREE ASIA | 126,000.000000 | 04/25/2025 | Closed |