CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Radio Free Asia
    Plaintiff(s)

vs.

Civil Action No. 1:25-cv-00907

United States of America, et al.
    Defendant(s)

**AFFIDAVIT OF MAILING**

I, Jeremy Kreisberg, hereby state that:

On the 27th day of March, 2025, I caused to be delivered by Electronic Mail a copy of the summons and complaint in the above captioned case, addressed to the following defendant:

Edward R. Martin Jr.,
United States Attorney for the District of Columbia,
Civil Process Clerk,
U.S. Attorney's Office for D.C.,
601 D Street, NW,
Washington, DC 20530,
USADC-ServiceCivil@usa.doj.gov

I have received confirmation of receipt of the electronic mail (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 27th day of March, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

6/20/2025                                             /s/ Jeremy Kreisberg
(Date)                                                  (Signature)

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Jacobsen, Arn |
| **Subject:** | RE: Radio Free Asia v. United States, et al., No. 25-907 |
| **Date:** | Sunday, March 30, 2025 3:57:17 PM |

Your service package has been received and accepted with a service date of March 27, 2025. Thank you.

**From:** Jacobsen, Arn <Arn.Jacobsen@mto.com>
**Sent:** Thursday, March 27, 2025 5:46 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Subject:** [EXTERNAL] Radio Free Asia v. United States, et al., No. 25-907

Dear Civil Process Clerk,

The attached complaint was filed today in the United States District Court for the District of Columbia. Paper copies of the complaint, civil cover sheet, and summonses have also been dispatched to you and all defendants by Certified Mail. Please let me know if I can be of any additional service.

Thank you,

**Arn Jacobsen | Staff Attorney**
**Munger, Tolles & Olson LLP**
601 Massachusetts Ave. NW, Suite 500E | Washington, DC 20001-5369
Tel:  202.220.2340 | arn.jacobsen@mto.com | www.mto.com

*\*\*\*NOTICE\*\*\**
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*