CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Radio Free Asia
    Plaintiff(s)

vs.

Civil Action No. 1:25-cv-00907

United States of America, et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, Jeremy Kreisberg, hereby state that:

On the 27th day of March, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Pamela Bondi, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC 20530

I have received the receipt for the certified mail, No. 9589 0710 5270 2345 2963 67 (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the 2nd day of April, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

6/20/2025                                          /s/ Jeremy Kreisberg
(Date)                                             (Signature)

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9589071052702345296367

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:27 am on April 2, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 2, 2025, 5:27 am

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

Feedback

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): APR 0 2 REC'D   C. Date of Delivery |
| 1. Article Addressed to:<br>Pamela Bondi<br>Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br>_[UPDATED 25 stamp]_ |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 9157 4225 9956 82 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>9589 0710 5270 2345 2963 67 | ☐ Collect on Delivery Restricted Delivery<br>   Mail<br>   Mail Restricted Delivery<br>   (00) |
| PS Form 3811, July 2020 PSN 7530-02-000-9053 | Domestic Return Receipt |