IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>        *Plaintiff*,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>        *Defendants*. | No. 25-cv-907 |

**AFFIDAVIT OF MAILING**

I, Jeremy S. Kreisberg, hereby state that on March 27, 2025, I caused to be deposited in the United States Mail copies of the complaint and summonses in the above-captioned case, certified delivery, postage prepaid, return receipt requested, restricted delivery, addressed to the defendants listed in Exhibit A. Delivery for each defendant listed in Exhibit A was confirmed on the dates listed in Exhibit A. Proofs of delivery are contained in Exhibit B. Proofs of mailing are contained in Exhibit C.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2025

Respectfully submitted,

*/s/ Jeremy S. Kreisberg*
Jeremy S. Kreisberg (D.C. Bar No. 1048346)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue, NW, Suite 500E
Washington, D.C. 20001
(202) 220-1100
Jeremy.Kreisberg@mto.com

*Attorneys for Radio Free Asia*