**EXHIBIT A**

| Defendant | Certified Mail Tracking Number | Date of Delivery |
|---|---|---|
| United States Attorney for the District of Columbia | 9589 0710 5270 2345 2963 74 | 4/2/2025 |
| Pamela Bondi, in her official capacity as Attorney General of the United States | 9589 0710 5270 2345 2963 67 | 4/2/2025 |
| Scott Bessent, in his official capacity as Secretary of the Treasury | 9589 0710 5270 2345 2963 81 | 4/2/2025 |
| Kari Lake, in her official capacity as Special Advisor to the United States Agency for Global Media | 9589 0710 5270 1164 3022 80 | 4/1/2025 |
| Victor Morales, in his official capacity as Acting Chief Executive Officer of the United States Agency for Global Media | 9589 0710 5270 2345 2964 11 | 4/1/2025 |
| Russell Vought, in his official capacity as Director of United States Office of Management and Budget | 9589 0710 5270 2345 2964 04 | 4/9/2025 |
| Office of Management and Budget | 9589 0710 5270 2345 2964 28 | 4/8/2025 |
| United States Department of Treasury | 9589 0710 5270 2345 2963 98 | 4/2/2025 |
| United States Agency for Global Media | 9589 0710 5270 1164 3022 97 | 4/1/2025 |