

**U.S. Postal Service**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL

Certified Mail Fee
$ 4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ 4.10
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark Here
MAR 27 2025
90071 USPS
BUNKER HILL STATION

Postage
$ 2.85

Total Postage and Fees
$ 11.82

Sent To: **KARI LAKE**
Street and Apt. No.: Wilbur J. Cohen Federal Building
         330 Independence Avenue, SW
City, State, ZIP+4: Washington, D.C. 20237

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions







**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $4.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $ 9.10
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $2.87

Total Postage and Fees $11.82

Sent To: UNITED STATES AGENCY FOR GLOBAL MEDIA
Street and Apt. No: Wilbur J. Cohen Federal Building, 330 Independence Avenue, SW
City, State, ZIP+4: Washington, D.C. 20237

Postmark: MAR 27 2025 BUNKER HILL STA

Tracking: 9589 0710 5270 1144 3022 97

PS Form 3800, January 2023

