IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | No. 25-cv-00966-RCL |

**DEFENDANTS' STATUS REPORT**

  The Defendants respectfully submit this status report pursuant to the Court's April 25, 2025, Order requiring Defendants "to restore the FY 2025 grants with USAGM Networks Radio Free Asia and Middle East Broadcasting Networks, Inc. such that international USAGM outlets can 'provide news which is consistently reliable and authoritative, accurate, objective, and comprehensive,' 22 U.S.C. § 6202(a)," Order, ECF No. 25 at 2.  The April 25, 2025, Order requires Defendants to report on their compliance with the Court's Order on the first day of each month.  *See id.*

The payments to both Radio Free Asia (RFA) and Middle East Broadcasting Networks, Inc. (MBN) through July have been submitted to the Department of the Treasury for review and approval, as of July 1, 2025. The following screenshot from USAGM's financial system reflects confirmation that the payments for both RFA and MBN were processed:

| Document Number | Title | Document Date | Document Status |
|---|---|---|---|
| GA202506260001 | MBN-25-012 | 06/26/2025 | Processed |
| GA202506260002 | RFA-25-010 | 06/26/2025 | Processed |
| GA202506260004 | OTF-24-012 | 06/26/2025 | Processed |
| GA202506260005 | OTF-24-011 | 06/26/2025 | Processed |
| GA202506260006 | OTF-24-013 | 06/26/2025 | Processed |
| GA202506260003 | OTF-24-010 | 07/01/2025 | Processed |

These payments for both RFA and MBN were packaged with other payments called a "bulk schedule," and the following screenshot confirms that the bulk schedule was successfully transmitted to Treasury:

```
root@BBG1-MOM-LAWS01:/momentum/pam/logs/outbound
sftp> cd Inbound
sftp> lcd /momentum/USAGMFiles_79/Payment/outbound/xmit
sftp> put FROXK.BBG1.SPR.A*
sftp> ls
FROXK.BBG1.SPR.A250701
sftp> exit
~
~
```

The review process at the Department of the Treasury generally takes approximately two business days. Once Treasury approves the package, USAGM will upload the final disbursement information into the Secure Payment System where a disbursement is made within one day of submission. In light of the federal holiday this week, USAGM expects the funds to be available in RFA's and MBN's respective bank accounts by early next week.

Dated: July 1, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

/s/ *Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC 20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*