IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>   Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES, *et al.*,<br><br>   Defendants. | No. 25-cv-00966-RCL |

**DEFENDANTS' STATUS REPORT**

  The Defendants respectfully submit this status report pursuant to the Court's April 25, 2025 Order. On July 30, 2025, USAGM signed payment documentation for the August payment with both Radio Free Asia (RFA) and Middle East Broadcasting Networks, Inc. (MBN), respectively. The payments to RFA and MBN have each been processed through USAGM's financial system and sent to the Department of Treasury, packaged with other payments called a "bulk schedule." The following screenshot confirms that the bulk schedule was successfully transmitted to Treasury:

- 1 -



The review process at the Department of the Treasury generally takes approximately two business days.  Once Treasury approves the package, USAGM anticipates submitting the payment for disbursement no later than Monday, August 4.  The payment should then be available in RFA's and MBN's respective bank accounts within two to three business days, depending on the bank.

Dated:  August 1, 2025    Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)
*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW

Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*

- 3 -