IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RADIO FREE ASIA,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | No. 25-cv-00907-RCL |
| MIDDLE EAST BROADCASTING NETWORKS, INC.,<br><br>    Plaintiff,<br><br> v.<br><br>UNITED STATES, *et al.*,<br><br>    Defendants. | No. 25-cv-00966-RCL |

**DEFENDANTS' STATUS REPORT**

  The Defendants respectfully submit this status report pursuant to the Court's April 25, 2025 Order, on the status of United States Agency for Global Media's ("USAGM's") effort to process and disburse funding to Radio Free Asia (RFA) and Middle East Broadcasting Networks, Inc. (MBN), respectively, for September.

  USAGM had been delayed in making these payments due to a delay in the apportionment of funds. With that resolved, USAGM transmitted the payment documentation for the September payment on August 27, 2025. RFA and MBN each returned the signed documentation on August 28, 2025 and USAGM leadership countersigned on August 29, 2025.

- 1 -

Currently, as reflected in the screenshots below, USAGM is processing the September payments to RFA and MBN through USAGM's financial system to send to the Department of Treasury:

| Document Type | Document Number | Amendment / Modification Number | Temporary Amendment Number | Title | Document Date | Document Status |
|---|---|---|---|---|---|---|
| GA | GA202509020003 | | | RFA-25-012 | 09/02/2025 | Pending Approval |

| Document Type | Document Number | Amendment / Modification Number | Temporary Amendment Number | Title | Document Date | Document Status |
|---|---|---|---|---|---|---|
| GA | GA202509020002 | | | MBN-25-014 | 09/02/2025 | Pending Approval |

This process takes approximately two days.

Following transmission, the review process at the Department of the Treasury generally takes approximately two business days. Once Treasury approves the package, USAGM will process the payment for disbursement within one day. The payment should then be available in RFA's and MBN's respective bank accounts within two to three business days, depending on the bank. Payment should be expected early in the week of September 8th.

Dated: September 2, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General
Civil Division, Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Abigail Stout*
ABIGAIL STOUT
(DC Bar No. 90009415)

- 3 -

*Counsel*
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
Telephone: (202) 514-2000
Email: Abigail.Stout@usdoj.gov

*/s/ Julia A. Heiman*
JULIA A. HEIMAN (D.C. Bar No. 986228)
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, DC  20005
Tel. (202) 616-8480 / Fax (202) 616-8470
julia.heiman@usdoj.gov

*Attorneys for Defendants*