AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Radio Free Asia | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00907 |
| The United States of America, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radio Free Asia                                                                                           .

Date:   10/15/2025

/s/ Gabriel M. Bronshteyn
*Attorney's signature*

Gabriel M. Bronshteyn (CA 338011)
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
*Address*

Gabriel.Bronshteyn@mto.com
*E-mail address*

(415) 512-4000
*Telephone number*

*FAX number*