AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Radio Free Asia | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00907 |
| The United States of America, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radio Free Asia.

Date:   10/15/2025

/s/ Hailyn Chen
*Attorney's signature*

Hailyn Chen (CA 237436)
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071

*Address*

Hailyn.Chen@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

*FAX number*