AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Radio Free Asia ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-00907 |
| The United States of America, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Radio Free Asia .

Date: 10/15/2025

/s/ Adeel Mohammadi
*Attorney's signature*

Adeel Mohammadi (CA 343137)
*Printed name and bar number*

MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071

*Address*

Adeel.Mohammadi@mto.com
*E-mail address*

(213) 683-9100
*Telephone number*

*FAX number*